# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRISTOL-MYERS SQUIBB COMPANY AND
PFIZER INC.,

     Plaintiffs and Counterclaim-Defendants,

          v.

AUROBINDO PHARMA USA INC.,

     Defendant and Counterclaim-Plaintiff.

C.A. No. 17-374-LPS
(CONSOLIDATED)

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendant Torrent Pharmaceuticals Ltd., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.     All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2.     Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3.     The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4.     This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5.     This Stipulation and Order shall finally resolve the Action between the parties.

Dated:  December 18, 2017

Respectfully submitted,

FARNAN LLP

PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A.

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

/s/ John C. Phillips, Jr.
John C. Phillips, Jr.  (Bar No. 110)
David A. Bilson (Bar No. 4986)
1200 North Broom Street
Wilmington, DE 19806-4204
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendant*

*Attorneys for Plaintiffs*

IT IS SO ORDERED this 20th day of December, 2017.

The Honorable Leonard P. Stark